# Court of Appeals
# of the State of Georgia

ATLANTA, __October 23, 2023__

*The Court of Appeals hereby passes the following order:*

**A23A1392.  IN THE INTEREST OF S. P., A CHILD.**

On April 6, 2023 we granted S. P.'s application for interlocutory review, challenging the juvenile court's grant of the State's motion to transfer S. P.'s delinquency case to superior court. The case has subsequently been transferred back to juvenile court. Because S. P. received the relief sought and S. P.'s case is back in juvenile court, we dismiss this appeal as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/23/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*